IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WILLIAM JENSEN, | 1: 07 CV 1491 AWI YNP GSA (PC) |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| vs. | |
| JAMES YATES, et al., | |
| Defendants. | |

On March 23, 2009, an order was entered, suggesting death upon the record pursuant to Federal Rule of Civil Procedure 25(a)(1). The order specified that under Rule 25(a)(1), unless a motion for substitution is made, the action shall be dismissed as to the deceased party. The order further specified that absent such a statement, this case would be dismissed on June 23, 2009. The court having received a suggestion of death, and no response having been filed to the order dated March 23, 2009;

This matter is ordered dismissed without prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 26, 2009**              /s/ **Anthony W. Ishii**
                                     CHIEF UNITED STATES DISTRICT JUDGE

1